21 So.2d 558

## Ed WETZEL v. STATE.

### 6 Div. 327.

Supreme Court of Alabama.

March 29, 1945.

Ed Wetzel, pro se.

Wm. N. McQueen, Acting Atty. Gen., and L. H. Brassell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Ed Wetzel for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wetzel v. State, 21 So.2d 567.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.